1 | WILLIAM M. KUNTZ  # 153052
Attorney at Law
2 | 4780 Arlington Avenue
Riverside, CA 92504
3 | (951) 343-3400
Fax (951) 343-4004
4 | E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

DORREEN E. TRIMMER,                    )   CASE NO: **EDCV20-01994-KK**
                                       )
                Plaintiff,             )   ORDER AWARDING
                                       )   EAJA FEES
        v.                             )
                                       )
KILOLO KIJAKAZI[1], Acting             )
Commissioner of Social Security        )
Administration,                        )
                                       )
                Defendant.             )
_____)

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND EIGHTY-FIVE  DOLLARS and 76/cents ($4,085.76), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: October 14, 2021

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Commissioner Andrew M. Saul as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1